EDWIN B. HIRSCHBERG v. JACQUES H. HECHT.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

STEFAN FERENS, as Ancillary Administrator of the Estate of JOHN, Also Known as JAN, KRZYZANOWSKI, v. ADAM HEYDEL.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title, etc., to an Easement for the Purpose of a Waterway in the Uplands within the United States Bulkhead Lines of Westchester Creek from East Tremont Avenue (Fort Schuyler Road) to Its Mouth, at the East River, in the Borough of the Bronx, City of New York, etc. THE CYLLENE CORPORATION. DOUGLAS S. THROPP.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

BLANCA B. SINGER v. ERIC RICHARD SINGER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MARY E. SMITH v. HELEN M. SMITH, as Executrix, etc., of GEORGE EDMUND SMITH.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of W. R. CLARK PRINTING & BINDING Co., INC., to GEORGE DEXTER VAN HOUTEN. MARY C. ROSAVAGE.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ABRAHAM SANDLOFER v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

In the Matter of JULIUS BREGMAN, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of JOHN MARX, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of STANLEY F. HEMLIN, an Attorney.— Reference ordered. Order entered November 26, 1937, vacated. [See 252 App. Div. 856.] Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

## (December 10, 1937.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX GREEN, Principal, and ESTHER PLATE, as Administratrix, etc., of ANDREW PLATE, Deceased, Appellant.— (Appellant died before argument, and his administratrix was substituted as party appellant by order before decision of the appeal.) Order unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS MILTZ, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Callahan, JJ.